UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>9.3 ACRES OF LAND, more or less, situated in Klickitat County, State of Washington; HEIRS and/or DEVISEES OF ANGES L. RITZSCHKE, deceased.<br><br>                Defendants. | NO: 12-CV-3142-RMP<br><br>ORDER GRANTING MOTION TO SUBSTITUTE PARTY |
|---|---|

Before the Court is Defendants' Unopposed Motion and Memorandum in Support for Substitution of Parties, ECF No. 43.  The Court has reviewed the Motion; the Declaration of Jack D. Hoffman, ECF No. 43-1; and the Letters of Administration, ECF No. 43-2.  The Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

ORDER GRANTING MOTION TO SUBSTITUTE PARTY ~ 1

1. Defendant's Motion for Substitution of Parties, **ECF No. 43**, is **GRANTED**.

2. The Estate of Stuart "Jody" Ritzschke, deceased, is hereby substituted as party defendant for The Heirs and/or Devisees of Agnes L. Ritzschke, deceased.

The District Court Clerk is directed to enter this order, **amend the caption as noted above**, and provide copies of this Order to counsel and to any interested parties.

**DATED** this 6th day of November 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO SUBSTITUTE PARTY ~ 2